| Information to identify the case: | |
|---|---|
| Debtor 1 | **Kimberly Flynn** |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court | **Middle District of Alabama** |
| Case number: | **21-30264** |

Social Security number or ITIN **xxx-xx-7906**
EIN  _ _ - _ _ _ _ _ _ _
Social Security number or ITIN  _ _ _ _
EIN  _ _ - _ _ _ _ _ _ _

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

        Kimberly Flynn
        aka Kimberly Lee

Dated May 26, 2021

                                                       Bess M. Parrish Creswell
                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Middle District of Alabama

In re:                                                                                Case No. 21-30264-BPC
Kimberly Flynn                                                   Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-2                                       User: admin                                            Page 1 of 2
Date Rcvd: May 27, 2021                               Form ID: 318                                     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly Flynn, 2300 West Aberdeen Drive, Montgomery, AL 36116-2125 |
| aty | + | Stephen L. Klimjack, Stephen L. Klimjack, LLC, 1252 Dauphin St, Mobile, AL 36604-2520 |
| 4535628 | + | Accl Fin Sol, P.O. Box 5714, Greenville, SC 29606-5714 |
| 4535629 | + | Holloway Credit, P.O. Box 230609, Montgomery, AL 36123-0609 |
| 4535631 | + | Ltd Acquisitions LLC, 3200 Wilcrest Dr., Suite 600, Houston, TX 77042-6000 |
| 4535633 | + | McCalls Affordable Bail Bonds, c/o Darby Law Firm, P.O. Box 3905, Montgomery, AL 36109-0905 |
| 4535637 | + | NCA, P.O. Box 550, Hutchinson, KS 67504-0550 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QCBWILKINS.COM | May 28 2021 00:13:00 | Carly B Wilkins, Carly B. Wilkins, P.C, 560 South McDonough Street, Suite A, Montgomery, AL 36104-4605 |
| 4535630 | | EDI: JEFFERSONCAP.COM | May 28 2021 00:13:00 | Jefferson Capital Systems, LLC, 16 McLeland Rd., Saint Cloud, MN 56303 |
| 4535632 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2021 21:22:33 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 4535634 | + | EDI: MID8.COM | May 28 2021 00:13:00 | Midland Funding, LLC, 2365 Northside Dr. Ste 300, San Diego, CA 92108-2709 |
| 4535636 | + | EDI: NFCU.COM | May 28 2021 00:13:00 | Navy Federal Credit Union, Mary McDuffie, President, 820 Follin Ln SE, Vienna, VA 22180-4907 |
| 4535635 | + | EDI: NFCU.COM | May 28 2021 00:13:00 | Navy Federal Credit Union, 820 Follin Lane, Vienna, VA 22180-4907 |
| 4535638 | + | EDI: PRA.COM | May 28 2021 00:13:00 | Portfolio Rec, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502-4952 |
| 4535639 | + | Email/Text: webadmin@vhllc.co | May 27 2021 20:19:00 | Vance Huffman, 55 Monette Parkway, Smithfield, VA 23430-2577 |
| 4535640 | + | EDI: WSBC | May 28 2021 00:13:00 | W.S. Badcock, Corporation, P.O. Box 724, Mulberry, FL 33860-0724 |
| 4535641 | + | EDI: WFFC.COM | May 28 2021 00:13:00 | WFDillards, PO BOX 14517, Des Moines, IA 50306-3517 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Carly B Wilkins | cwilkins@cbwlegal.com kesco@cbwlegal.com;cwilkins@ecf.axosfs.com |
| Stephen L. Klimjack | on behalf of Debtor Kimberly Flynn ecfonlymd@gmail.com pleadings@klimjack.com;r47290@notify.bestcase.com |

TOTAL: 3